UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

**08 CRIM 253**

UNITED STATES OF AMERICA     :     INDICTMENT

    -v.-                           :     08 Cr.

JOEL LOPEZ,                  :

        Defendant.          :

- - - - - - - - - - - - - - - - -X

COUNT ONE

The Grand Jury charges:

On or about February 20, 2008, in the Southern District of New York, JOEL LOPEZ, the defendant, unlawfully, willfully, and knowingly, being an alien who is illegally and unlawfully in the United States, did possess in and affecting commerce, a firearm, to wit, a loaded Silver Ruger, 9 mm pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(5).)

_____         _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOEL LOPEZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 922(g)(5))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

3-20-08 Filed Indictment Case assigned to Judge Castel